THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Louis Sanders, Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-047
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Tricia A. Blanchette, of Columbia, for Appellant.
 Attorney General Henry D. McMaster, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and Solicitor
 W. Barney Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Louis Sanders appeals his conviction and sentence for murder.  After a review of the record, counsel's brief, and
 Sanders' pro se brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Sanders' appeal and grant
 counsel's petition to be relieved.
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decided this case
 without oral argument pursuant to Rule 215, SCACR.